CHARLES NIEMANN, Appellant, v. WILLIAM SPIWAK and Others, Respondents. — Order in an action by a creditor to set aside a conveyance of real property, denying plaintiff's motion for the appointment of a receiver to collect the rents and profits accruing to defendant William Spiwak by virtue of his ownership of an undivided interest as a tenant by the entirety, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Tompkins and Davis, JJ., concur.

CATHERINE PRICE, Respondent, v. A. ARON, INC., Appellant, and JOSEPH GOLDSMITH, Defendant.— Action to recover damages for personal injuries sustained through negligence. The motor truck of defendant A. Aron, Inc., collided with the automobile of defendant Goldsmith at the intersection of city streets. The motor truck swerved to the right and mounted the sidewalk, striking the plaintiff, a pedestrian. Judgment in favor of plaintiff and against both defendants. Appeal by the corporate defendant only. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Tompkins and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. SAMUEL BARANOFF, Respondent.— Order of the County Court of Kings county, dismissing indictment charging defendant with a violation of section 188 of the Agriculture and Markets Law in delivering to a customer 300 pounds of coal less than the quantity represented, reversed on the law, motion denied and indictment reinstated. There was sufficient competent evidence before the grand jury to warrant the indictment. Lazansky, P. J., Hagarty, Carswell, Tompkins and Davis, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EMANUEL CHOPER, Appellant. †— Judgment of the Court of Special Sessions of the City of New York, Borough of Queens, convicting defendant of a violation of section 982 of the Penal Law, unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Tompkins and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CARL LURTZ, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting defendant of the crime of endangering the morals of a minor, unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Tompkins and Davis, JJ.